ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Criminal Division
SANDY N. LEAL
Assistant United States Attorney
California Bar Number: 207179
    Ronald Reagan Federal Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3531
    Facsimile: (714) 338-3561
    E-mail:  Sandy.Leal@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 03-01269-CBM |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER RE: REVOCATION OF BOND |
| v. | ) | |
| EARL ANTHONY NEVILS | ) | |
| Defendants. | ) | |

[~~PROPOSED~~] O R D E R

Government's Motion to Revoke Bond in the above-referenced case as to defendant Earl Anthony Nevils is hereby granted. IT IS SO ORDERED.

Dated: 3/16/2011

THE HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE